[No. 24734–4–I.  Division One.  December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICIA CARROLL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–01383–1, Susan R. Agid, J., entered June 26, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 25027–2–I.  Division One.  December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ALLEN WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89–1–00261–7, John E. Rutter, Jr., J., entered October 30, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 24398–5–I.  Division One.  December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LADDIE G. BOOTH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–8–02494–4, Carmen Otero, J., entered June 22, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 24597–0–I.  Division One.  December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCIS JAMES HONKE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–00713–1, George T. Mattson, J., entered August 30, 1989. *Dismissed* by unpublished per curiam opinion.